```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017674
Cashier ID: almacen
Transaction Date: 04/01/2008
Payer Name: WILLIAM C HART

WRIT OF HABEAS CORPUS
 For: WILLIAM C HART
 Amount:        $5.00

CHECK
 Check/Money Order Num: 5229
 Amt Tendered:  $5.00

Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

08-1498 MHP

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

William Hart
2779 W Robinwood Ln
Fresno, CA 93711

FRESNO CA 937
28 MAR 2008 PM 3 T

16TH FLOOR-MHP

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES