Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018316
Cashier ID: bucklem
Transaction Date: 04/18/2008
Payer Name: BILL LOCKYER

---

WRIT OF HABEAS CORPUS
For: david b hart
Case/Party: D-CAN-3-08-CV-001498-001
Amount: $5.00

---

CHECK
Check/Money Order Num: 203439024
Amt Tendered: $5.00

---

Total Due: $5.00
Total Tendered: $5.00
Change Amt: $0.00

mhp

Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

David Hart, C-70436
P.O. Box 689, ZW 322L
Soledad, Ca. 93960

CV 08 1498
MHP

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.58⁰
02 1M
0004229613 APR 17 2008
MAILED FROM ZIP CODE 93960

Office of the Clerk, U.S. District Court
Northern District of California
Attn: Richard W. Wieking
450 Golden Gate Avenue
San Francisco, Ca. 94102

94102$3661 C004

Yol[illegible] [illegible]

Ch[illegible]

A[illegible]tant

I

Spe[illegible]ist