David B. Hart, CV 08 1498, MHP
C 70436
P.O. Box 689, zw322
Soledad, Ca. 93960

**FILED**
APR 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4-16-08

**RECEIVED**
APR 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking, Clerk
United States District Court
For the Northern District of California
450 Golden Gate Ave
San Francisco, Ca. 94102

Re: Notice to pay $5 filing fee, and In Forma Pauperis application's confusing instructions.

Dear Sir:

Approximately 2 weeks ago my mother, Bonnie M. Hart, paid the $5 filing fee by check. She has received the cancelled check.

The instructions are a bit confusing. It says "your petition is deficient because you did not pay the filing fee and: 1. ✓ you did not file an In Forma Pauperis Application. It implies that I not only have to pay $5 but also fill out the in forma pauperis form. Yet the paragraph at the top says; "If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application, implying one or the other.

I believed the instructions meant if I payed the $5 filing fee, which my mother did, then I would not have to file the in forma pauperis form.

However, to be safe, I filled-out the in forma pauperis application except for the last page and gave it to my counselor. He explained that he would deliver it to the inmate Trust Office where they would process the rest of the paperwork and mail it to the court.

I also filled-out another Trust Account withdrawl for another $5 to be sent to the court. When I received a copy of my habeus petition from the court there was a folded envelope that had stamped on it postage due $4.19 which I assume means I also owe the court $4.19 for postage.

My mother repeatedly tried to contact the court to find out if I had taken care of everything that was needed to be handled but all she was able to reach was an answering machine, where she left a message.

I'm also including with this letter a copy of the past 6 months activity in my trust account in case the Trust Office neglects to include it with my $5 filing fee and my completed in Forma Paupers application.

Sincerely,

David Hart
CV 08 1498
MHP

```
REPORT ID: TS3030  .701                                    REPORT DATE: 04/08/08
                                                                 PAGE NO:      1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CTF SOLEDAD/TRUST ACCOUNTING
                            INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JAN. 01, 2008 THRU APR. 08, 2008

ACCOUNT NUMBER : C70436                     BED/CELL NUMBER: CFZWT3000000322L
ACCOUNT NAME   : HART, DAVID BRYAN          ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                               TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION     COMMENT     CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
-----   ----  -----------     -------     ---------   --------    -----------    -------

01/01/2008    BEGINNING BALANCE                                                  6,187.02

01/07  D550  INMATE PAYROL  2044 PIA2                  59.00                     6,246.02
01/10  W389  DONATION - YO  2137 FBB-C                              68.00        6,178.02
01/14  FC01  DRAW-FAC 1     2186 ML                                110.00        6,068.02
02/04  D550  INMATE PAYROL  2461 PIA1                  63.05                     6,131.07
02/19  FC01  DRAW-FAC 1     2656 ML                                180.00        5,951.07
03/06  D550  INMATE PAYROL  2861 PIA 1                 58.79                     6,009.86
03/11  W536  COPAY CHARGE   2955 88300                                5.00       6,004.86
03/17  FR01  CANTEEN RETUR  703010                                 132.40-       6,137.26
03/17  FC01  DRAW-FAC 1     3014 ML                                180.00        5,957.26
03/20  W415  CASH WITHDRAW  3049 MAR08 203438584                 2,500.00        3,457.26
03/25  W810  CANCELLED CHE  3108 38484                          2,500.00-        5,957.26
04/04  D550  INMATE PAYROL  3160 PIA1                  43.42                     6,000.68

                              TRUST ACCOUNT SUMMARY

 BEGINNING       TOTAL         TOTAL          CURRENT       HOLDS       TRANSACTIONS
  BALANCE       DEPOSITS     WITHDRAWALS      BALANCE      BALANCE      TO BE POSTED
 ---------     ---------     -----------     ---------     -------      ------------
  6,187.02       224.26        410.60         6,000.68       0.00           0.00


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                              6,000.68
```

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CTF SOLEDAD/TRUST ACCOUNTING
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 08, 2008

ACCOUNT NUMBER : C70436                     BED/CELL NUMBER: CFZWT30600003SSL
ACCOUNT NAME   : HART, DAVID BRYAN          ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION    COMMENT      CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----   ----  -----------    ----------   ---------  --------   -----------   -------

10/01/2007   BEGINNING BALANCE                                                6,538.60

10/06  D550  INMATE PAYROL  1108 PIA2                  48.50                  6,587.10
10/15  FC01  DRAW-FAC 1     1223 ML                               120.00      6,467.10
11/06  D550  INMATE PAYROL  1427 PIA2                  47.83                  6,514.93
11/10  W389  DONATION - YO  1523FBBCHP                              91.00     6,423.93
11/19  FC01  DRAW-FAC 1     1611 ML                                120.00     6,303.93
12/06  D550  INMATE PAYROL  1748 PIA2                  42.74                  6,346.67
12/12  W450  DONATION-VETE  1842 PLAZA                               39.65    6,307.02
12/17  FC01  DRAW-FAC 1     1900 ML                                120.00     6,187.02
     ACTIVITY FOR 2008
01/07  D550  INMATE PAYROL  2044 PIA2                  59.00                  6,246.02

                                TRUST ACCOUNT SUMMARY

BEGINNING         TOTAL           TOTAL          CURRENT        HOLDS         TRANSACTIONS
 BALANCE         DEPOSITS       WITHDRAWALS      BALANCE        BALANCE       TO BE POSTED
---------        --------       -----------      --------       --------      ------------
 6,538.60         198.07          490.65         6,246.02        0.00            0.00


                                                                            CURRENT
                                                                           AVAILABLE
                                                                            BALANCE
                                                                           ----------
                                                                            6,246.02
```

M. Hart, C70436
P.O. Box 689, ZW322L
Soledad, Ca. 93960

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, Ca. 94102