UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRYAN HART,<br><br>    Petitioner,<br><br>  v.<br><br>B. CURRY, warden,<br><br>    Respondent. | No. C 08-01498 MHP<br><br>**ORDER**<br><br>**Re: Order for Supplemental Briefing** |

    Petitioner David Bryan Hart's claims for relief substantially rest on *Hayward v. Marshall*, 512 F.3d 536 (9th Cir. 2008) (*Hayward I*) *vacated by Hayward v. Marshall,*. 527 F.3d 797 (9th Cir. 2009). Subsequent to the completion of briefing in this action, the Ninth Circuit, sitting *en banc,* vacated the panel's decision in *Hayward I* and issued an en banc opinion affirming the district court's denial of a writ of habeas corpus. *Hayward v. Marshall*, _603 F.3d 546 (9th Cir. 2010) (*Hayward II*). Accordingly, the parties are directed to file simultaneous supplemental briefs of no more than ten (10) pages by Monday, July 19, 2010, addressing the effect of *Hayward II* on this action.

    IT IS SO ORDERED.

Dated: June 25, 2010

MARILYN HALL PATEL
United States District Court Judge
Northern District of California